UST -32A, 3/03

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: June 20, 2007**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WOOTEN, KENNETH E. | ) | Case No. 01-01493-BHC RJH |
| PAMELA J. WOOTEN | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $806.39 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____    _____
DATE                                           UNITED STATES BANKRUPTCY JUDGE

GRANTED