IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: **October 27, 2009**



_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | |
| Wooten, Kenneth E. | ) | Case # 01-01493-BHC RJH |
| Pamela J. Wooten | ) | Chapter 7 |
| Debtor(s) | ) | |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Kevin J. Clemons, on behalf of <u>Spiegel Creditor Trust</u>, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration, the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk, U.S. Bankruptcy Court shall pay the unclaimed funds in the amount of $806.39 payable to:

> First Consumers National Bank
> c/o Spiegel Creditor Trust
> Attn: Kevin J. Clemons
> P.O. Box 8338
> Rolling Meadows, IL 60008

**DATED:**_____      _____
Honorable Randolph J. Haines
United States Bankruptcy Judge

1